1 KAREN P. HEWITT
United States Attorney
2 TIMOTHY F. SALEL
Assistant U.S. Attorney
3 California State Bar No. 163597
Federal Office Building
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone No.: (619) 557-6074

6 Attorneys for Plaintiff
United States of America

**FILED**

**07 JUN 29 PM 1:39**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**ORDERED SEALED BY COURT**

Unsealed as of 10/29/07

7
8                              UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Magistrate Case No. **07 MJ 1521**
                                    )
11              Plaintiff,          )
                                    )
12      v.                          )    **MOTION TO SEAL**
                                    )
13 ARACELI RAMIREZ-VARELA,          )
                                    )
14              Defendant.          )
                                    )
15 _____  )

16        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney,

18 and hereby moves that the Complaint (and supporting statement of facts), Arrest Warrant, Motion

19 To Seal and Order To Seal be sealed until further order.  Defendant ARACELI RAMIREZ-

20 VARELA is currently one of several targets and member of an alien smuggling organization with

21 ties to Mexico and South America.  Other members of the alien smuggling organization have

22 previously fled to Mexico upon learning of the criminal investigation.

23        DATED:  June 28, 2007              Respectfully submitted,

24                                            KAREN P. HEWITT
                                             United States Attorney
25

26

27                                           TIMOTHY F. SALEL
                                             Assistant U.S. Attorney
28