FILED
07 JUN 29 PM 1:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDC DEPUTY

ORDERED SEALED BY COURT
UNSEALED AS OF 10/29/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '07 MJ 1521 |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL |
| ARACELI RAMIREZ-VARELA, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Complaint (and supporting statement of facts), Arrest Warrant, Motion To Seal and Order To Seal be filed under seal.

IT IS SO ORDERED.

DATED: 6/28/07

HONORABLE LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE