

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARACELI RAMIREZ-VARELA,<br><br>    Defendant. | Criminal Case No. 07CR 3181 - DMS<br><br>**INFORMATION**<br><br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about May 31, 2005, within the Southern District of California, defendant ARACELI RAMIREZ-VARELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that five aliens, namely, Francisco Reyes-Aguilera, Roberto Llanes-Bautista, Alejandro Marquez-Bernal, Jose Antonio Caballero-Morales, and Miguel Angel Lopez-Pena, had not received prior official authorization to come to, enter and reside in the United States, with the intent to violate the immigration laws of the United States, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

DATED: 11/27/07

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney