

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3181-DMS |
|---|---|
| Plaintiff, | ) **SUPERSEDING INFORMATION** |
| v. | ) Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(II) Transportation of Illegal Aliens and Aiding and Abetting |
| ARACELI RAMIREZ-VARELA, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about May 31, 2005, within the Southern District of California, defendant ARACELI RAMIREZ-VARELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that three aliens had not received prior official authorization to come to, enter and reside in the United States, with the intent to violate the immigration laws of the United States, did aid and abet the transportation, movement of said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

DATED: 1/15/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney