AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 07CR3181-DMS |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| ARACELI RAMIREZ-VARELA, | |
| Defendant. | |

I, ARACELI RAMIREZ-VARELA, the above named defendant, who is accused of transportation of illegal aliens and aiding and abetting in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II), being advised of the nature of the charges in the Superseding Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

1-15-08
DATED

ARACELI RAMIREZ-VARELA
Defendant

1-15-08
DATED

FRANK A. BALISTRIERI, ESQ.
Counsel for Defendant

Before _____
HONORABLE LOUISA S. PORTER
United States Magistrate Judge