FILED

JAN 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3181 DMS |
| Plaintiff, | CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ARACELI RAMIREZ-VARELA, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to have my plea taken be a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the United States Magistrate Judge, and the United States Magistrate Judge recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or to reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

//
//
//
//
//

1        I further recommend that any objections to the United States Magistrate Judge's findings and

2    recommendation must be filed within 14 days of the entry of my guilty plea.

3

4    Dated: _1-15-08_

5                                       ARACELI RAMIREZ-VARELA
                                   Defendant

6

7    Dated: _1-15-08_

8                                       FRANK A. BALISTRIERI
                                   Attorney for Defendant

9        The United States Attorney consents to have the plea in this case taken by the United States

10    Magistrate Judge pursuant to Criminal Local Rule 11.2.

11

12    Dated: _1/15/08_

13                                       TIMOTHY F. SALEL
                                   Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28