1  KAREN P. HEWITT
   United States Attorney
2  TIMOTHY F. SALEL
   Assistant U.S. Attorney
3  California State Bar No. 163597
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone No.: (619) 557-6074
   E-mail: timothy.salel@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      ) Criminal Case No.  07CR3181-DMS
   |                                )
11 |            Plaintiff,           )
   |                                ) JOINT MOTION TO CONTINUE DATE FOR
12 |       v.                        ) ACCEPTANCE OF PLEA AND SENTENCING
   |                                )
13 | ARACELI RAMIREZ-VARELA,         ) DATE:     April 4, 2008
   |                                ) TIME:     9:00 a.m.
14 |            Defendant.           )
                                     )

15

16        IT IS HEREBY REQUESTED by and between the parties, plaintiff, United States of

17 America, by and through its counsel Karen P. Hewitt, United States Attorney, and Timothy F. Salel,

18 Assistant U.S. Attorney, and Frank A. Balistrieri, counsel on behalf of defendant, that the hearing

19 for acceptance of plea and sentencing be continued from April 4, 2008 at 9:00 a.m. to June 6, 2008

20 at 9:00 a.m.  The parties agree that time shall be excluded under the Speedy Trial Act until the plea

21 is accepted.  All terms and conditions of the bond shall remain in effect and the defendant agrees to

22 file a written acknowledgment of the next court date.  The undersigned Assistant U.S. Attorney

23 spoke with the Court's Courtroom Deputy, Jamie Klosterman, to obtain the new date, and that date

24 is agreeable to both parties.

25

26

27

28

A proposed order regarding the continued date for acceptance of plea and sentencing will be submitted directly to the Court via: efile_sabraw@casd.uscourts.gov.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

DATED: March 17, 2008            */S/ TIMOTHY F. SALEL*
                                          TIMOTHY F. SALEL
                                          Assistant U.S. Attorney

DATED: March 17, 2008            */S/ FRANK A. BALISTRIERI*
                                          FRANK A. BALISTRIERI
                                          Attorney for Defendant

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3181-DMS |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ARACELI RAMIREZ-VARELA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Timothy F. Salel, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of JOINT MOTION TO CONTINUE DATE FOR ACCEPTANCE OF PLEA AND SENTENCING, on the following party, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the following party:

Frank A. Balistrieri - Attorney For Defendant at the following e-mail address:

fbalistrieri@cox.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 17, 2008        /s/ TIMOTHY F. SALEL
                                TIMOTHY F. SALEL
                                Assistant U.S. Attorney
                                E-mail: timothy.salel@usdoj.gov

07CR3181-DMS