1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Case No. 07CR3181-DMS
                                        )
11            Plaintiff,                )
                                        )
12            v.                        )   ORDER TO CONTINUE THE HEARING FOR
                                        )   ACCEPTANCE OF PLEA AND SENTENCING
13   ARACELI RAMIREZ-VARELA,            )
                                        )
14            Defendant.                )
                                        )
15
16                                   **O R D E R**

17         FOR GOOD CAUSE APPEARING, pursuant to the parties' joint motion, electronically filed

18   in the above-entitled case,

19         IT IS HEREBY ORDERED that the hearing for the acceptance of defendant's plea and

20   sentencing be continued from  April 4, 2008 at 9:00 a.m. to June 6, 2008 at 9:00 a.m.  The Court finds

21   that time is excluded under the Speedy Trial Act until the plea is accepted.  Defendant shall file an

22   acknowledgment of the next court date.

23         IT IS SO ORDERED.

24   DATED:  March 18, 2008

25
                                        _____
26
                                        HON. DANA M. SABRAW
27                                      United States District Judge

28