Frank A. Balistrieri
Attorney at Law
CSB #93338
105 West F Street, Suite 215
San Diego, CA 92101
Telephone:(619) 881-7487
Email: fbalistrieri@cox.net

Attorneys for Defendant, ARACELI RAMIREZ-VARELA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ARACELI RAMIREZ-VARELA,<br><br>        Defendant. | Case No. 07-CR-3181-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Frank A. Balistrieri, counsel for Araceli Ramirez-Varela, along with Assistant United States Attorney Timothy F. Salel, that the sentencing hearing set for June 6, 2008, at 9:00 a.m., be rescheduled to July 25, 2008, at 9:00 a.m.

1

2                                       Respectfully submitted,

3   Dated: June 2, 2008              /s/Frank A. Balistrieri
                                     Frank A. Balistrieri,
4                                    Attorney for Defendant,
                                     ARACELI RAMIREZ-VARELA
5

6

7   Dated: June 2, 2008              /s/Timothy F. Salel
                                     Timothy F. Salel,
8                                    Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF SERVICE

    I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion To Continue Sentencing Hearing", I have caused a copy of same to be served via electronic mail upon the following:

timothy.sale1@usdoj.gov,
karen.botiller@usdoj.gov
efile.dkt.gc2@usdoj.gov
efile.dkt.nes@usdoj.gov


Dated: June 2, 2008           Respectfully submitted,

                              /s/Frank A.Balistrieri
                              Frank A. Balistrieri,
                              Attorney for ARACELI-RAMIREZ-VARELA