Frank A. Balistrieri
Attorney at Law
C.B. #93338
105 W. "F" Street, Suite 100
San Diego, CA 92101
Telephone:(619) 881-7487
Email: fbalistrieri@cox.net

Attorney for Defendant
ARACELI RAMIREZ-VARELA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **07-CR**-3181-DMS |
| Plaintiff, | **ACKNOWLEDGMENT OF DUTY TO BE PRESENT AT NEXT HEARING** |
| v. | |
| ARACELI RAMIREZ-VARELA, | |
| Defendant. | |

I, ARACELI RAMIREZ-VARELA, acknowledge my duty to be present at the next scheduled court date of July 25, 2008 @ 9:00 a.m. before the Honorable Dana M. Sabraw.

Dated: June 9, 2008

ARACELI RAMIREZ-VARELA,
Defendant

CERTIFICATION OF SERVICE


    I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Duty to Be Present at Next Hearing", I have caused a copy of same to be served via electronic mail upon the following:

timothy.sale1@usdoj.gov,
karen.botiller@usdoj.gov
efile.dkt.gc2@usdoj.gov
efile.dkt.nes@usdoj.gov


Dated: July 2, 2008            Respectfully submitted,

                               /s/Frank A.Balistrieri
                               Frank A. Balistrieri,
                               Attorney for ARACELI-RAMIREZ-VARELA