```
Frank A. Balistrieri
Attorney at Law
CSB #93338
185 West F Street, Suite 100
San Diego, CA 92101
Telephone:(619) 881-7487
Email: fbalistrieri@cox.net


Attorneys for Defendant, ARACELI RAMIREZ-VARELA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3181-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| ARACELI RAMIREZ-VARELA, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Frank A. Balistrieri, counsel for Araceli Ramirez-Varela, along with Assistant United States Attorney Timothy F. Salel, that the sentencing hearing set for July 25, 2008, at 9:00 a.m., be rescheduled to September 26, 2008, at 9:00 a.m.

```
                                    Respectfully submitted,

Dated: July 20, 2008                /s/Frank A. Balistrieri
                                    Frank A. Balistrieri,
                                    Attorney for Defendant,
                                    ARACELI RAMIREZ-VARELA



Dated: July 20, 2008                /s/Timothy F. Salel
                                    Timothy F. Salel,
                                    Assistant United States Attorney
```

<u>CERTIFICATION OF SERVICE</u>

    I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion To Continue Sentencing Hearing", I have caused a copy of same to be served via electronic mail upon the following:

<u>timothy.sale1@usdoj.gov</u>,
<u>karen.botiller@usdoj.gov</u>
<u>efile.dkt.gc2@usdoj.gov</u>
<u>efile.dkt.nes@usdoj.gov</u>


Dated: July 20, 2008       Respectfully submitted,

                                <u>/s/Frank A.Balistrieri</u>
                                Frank A. Balistrieri,
                                Attorney for ARACELI-RAMIREZ-VARELA