# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR–3181-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| ARACELI RAMIREZ-VARELA, ) | **SENTENCING HEARING** |
| Defendant. ) | |

**FOR GOOD CAUSE APPEARING**, it is hereby ordered that the Sentencing Hearing set for July 25, 2008, at 9:00 a.m., be rescheduled to September 26, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: July 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge