1  Frank A. Balistrieri
   Attorney at Law
2  C.B. #93338
   185 W. "F" Street, Suite 100
3  San Diego, CA 92101
   Telephone:(619) 881-7487
4  Email: fbalistrieri@cox.net
5
   Attorney for Defendant
6  ARACELI RAMIREZ-VARELA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | Case No. **07-CR-3181-DMS** |
|---|---|---|
| Plaintiff, | ) | **ACKNOWLEDGMENT OF DUTY TO BE PRESENT AT NEXT HEARING** |
| v. | ) | |
| ARACELI RAMIREZ-VARELA, | ) | |
| Defendant. | ) | |

I, ARACELI RAMIREZ-VARELA, acknowledge my duty to be present at the next scheduled court date of September 26, 2008 @ 9:00 a.m. before the Honorable Dana M. Sabraw.

Dated: July 30, 2008

_____
ARACELI RAMIREZ-VARELA,
Defendant

CERTIFICATION OF SERVICE

   I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Acknowledgment of Duty to Be Present at Next Hearing", I have caused a copy of same to be served via electronic mail upon the following:

timothy.sale1@usdoj.gov,
karen.botiller@usdoj.gov
efile.dkt.gc2@usdoj.gov
efile.dkt.nes@usdoj.gov

Dated: August 15, 2008        Respectfully submitted,

                              /s/Frank A.Balistrieri
                              Frank A. Balistrieri,
                              Attorney for ARACELI-RAMIREZ-VARELA